LAW OFFICES OF
HELENA S. WISE, Bar No. 91163
1907 W. Burbank Boulevard, Suite 101
Burbank, California 91506

Telephone No. (818) 843-8086
Facsimile No. (818) 843-7958

Attorney for Plaintiff WILLIAM YEAGER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| WILLIAM YEAGER,<br><br>                          Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA,<br>A Corporation doing business in Kern County;  and<br>DOE CORPORATION DEFENDANTS 1-5,<br>                          Defendants. | Case No. 1:12-CV-00162-AWI-JLT<br><br>STIPULATION TO CONTINUE MOTION TO STRIKE FROM MARCH 12, 2012 TO MARCH 26, 2012; PROPOSED ORDER<br><br>Motion to Strike:<br>Presently Set: March 12, 2012<br>1300 18th Street, Suite A,<br>Bakersfield, California 93301 |

        IT IS HEREBY STIPULATED by and between Plaintiff WILLIAM YEAGER and Defendant CORRECTIONS CORPORATION OF AMERICA, through their respective counsel of record, as follows:

        1.        Defendant's Motion to Strike Punitive Damages has been set to be heard on March 12, 2012.  Promptly upon receipt of same, Plaintiff's counsel notified Defendant's counsel of a conflict on March 12, 2012 and requested that the hearing and filing dates be continued accordingly.

        2.        The parties have hereby agreed to continue the Hearing Date to March

Case 1:12-cv-00162-AWI-JLT   Document 12   Filed 02/23/12   Page 2 of 2

26, 2012 and request entry of an Order hereon.

                                  LAW OFFICES OF
                                  HELENA S. WISE

Dated: February 23, 2012                 By_/s/_____
                                  HELENA S. WISE, ESQ.
                                  Attorney for Plaintiff


                                  GLEASON & FAVAROTE, LLP

Dated: February 23, 2012                 By_/s/_____
                                  PAUL GLEASON, ESQ.
                                  BRANDYN E. STEDFIELD, ESQ.
                                  Attorney for Plaintiff

## O R D E R

GOOD CAUSE appearing hereon, the Motion to Strike is hereby continued, in accordance with Local Rule 230(c) and (d), to **March 28, 2012 at 9:30 a.m**. Counsel are authorized to appear via CourtCall but, if they choose to do so, they SHALL provide a CourtCall confirmation to JLTOrders@caed.uscourts.gov no later than March 23, 2012.


IT IS SO ORDERED.

Dated: **February 23, 2012**                **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

Yeager vs. CORRECTIONS CORPORATION OF AMERICA       Case 1:12-cv-00162-AWI-JLT
STIPULATION TO CONTINUE       2