LAW OFFICES OF
HELENA S. WISE, Bar No. 91163
1907 W. Burbank Boulevard, Suite 101
Burbank, California 91506

Telephone No. (818) 843-8086
Facsimile No. (818) 843-7958

Attorney for Plaintiff WILLIAM YEAGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YEAGER, | ) Case No. 1:12-CV-00162-AWI-JLT |
| | ) |
| | ) STIPULATION TO CONTINUE |
| Plaintiff, | )    MOTION TO STRIKE FROM |
| | ) MARCH 12, 2012 TO MARCH |
| vs. | ) 26, 2012; PROPOSED ORDER |
| CORRECTIONS CORPORATION OF AMERICA, | ) |
| A Corporation doing business in Kern County; and | ) Motion to Strike: |
| DOE CORPORATION DEFENDANTS 1-5, | ) Presently Set: March 12, 2012 |
| Defendants. | ) 1300 18th Street, Suite A, |
| | ) Bakersfield, California 93301 |
| | ) |
| _____ | ) |

       IT IS HEREBY STIPULATED by and between Plaintiff WILLIAM YEAGER and Defendant CORRECTIONS CORPORATION OF AMERICA, through their respective counsel of record, as follows:

       1.      Defendant's Motion to Strike Punitive Damages has been set to be heard on March 12, 2012. Promptly upon receipt of same, Plaintiff's counsel notified Defendant's counsel of a conflict on March 12, 2012 and requested that the hearing and filing dates be continued accordingly.

       2.      The parties have hereby agreed to continue the Hearing Date to March

26, 2012 and request entry of an Order hereon.

|  |  |
|---|---|
|  | LAW OFFICES OF<br>HELENA S. WISE |
| Dated: February 23, 2012 | By_/s/_____<br>HELENA S. WISE, ESQ.<br>Attorney for Plaintiff |
|  | GLEASON & FAVAROTE, LLP |
| Dated: February 23, 2012 | By_/s/_____<br>PAUL GLEASON, ESQ.<br>BRANDYN E. STEDFIELD, ESQ.<br>Attorney for Plaintiff |

O R D E R

GOOD CAUSE appearing hereon, the Motion to Strike is hereby continued, in accordance with Local Rule 230(c) and (d), to **March 28, 2012 at 9:30 a.m**. Counsel are authorized to appear via CourtCall but, if they choose to do so, they SHALL provide a CourtCall confirmation to JLTOrders@caed.uscourts.gov no later than March 23, 2012.

IT IS SO ORDERED.

Dated: **February 23, 2012**        **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE