# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YEAGER, <br><br>              Plaintiff, <br>     v. <br><br> CORRECTIONS CORPORATION OF AMERICA, et al., <br><br>              Defendants. | ) Case No.: 1:12-cv-00162 AWI JLT <br> ) <br> ) ORDER ADOPTING IN FULL THE FINDINGS <br> ) AND RECOMMENDATIONS GRANTING <br> ) DEFENDANT'S MOTION TO STRIKE <br> ) PORTIONS OF PLAINTIFF'S COMPLAINT <br> ) <br> ) (Doc. 16) <br> ) <br> ) <br> ) |

Defendant Corrections Corporation of America ("Defendant") seeks to strike portions of the complaint by William Yeager ("Plaintiff") pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. (Doc. 4). On March 28, 2012, the Magistrate Judge recommended Defendant's motion be granted, and Plaintiff be given leave to amend his complaint. (Doc. 16).

The Findings and Recommendations were served on all parties, and contained a notice that any objections were to be filed within fourteen days of the date of service, or by April 11, 2012. (Doc. 16 at 6-7). The parties were advised failure to file objections may waive the right to appeal the District Court's order. (Id. at 7). However, no party has filed objections to the Findings and Recommendations of the Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review

of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed March 28, 2012 (Doc. 16), are **ADOPTED IN FULL**;
2. Defendant's motion as converted to a Rule 12(b)(6) motion is **GRANTED**;
3. Plaintiff's prayer for relief for punitive damages is **STRICKEN**; and
4. Plaintiff **SHALL** file an amended complaint within fourteen days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   April 18, 2012

CHIEF UNITED STATES DISTRICT JUDGE