# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YEAGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONS CORPORATION OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.: 1:12 -CV- 00162 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Doc. 26) |

Before the Court is the stipulation of the parties seeking to continue the date of the settlement conference from January 10, 2013 to January 28, 2013.  (Doc. 26)  Counsel report that the time is needed to fully consider the settlement offers that have been made.  Id. at 1-2.

Good cause appearing, the Court **ORDERS**:

1.　　The settlement conference is continued to 1/28/13 at 1:30 p.m.  Confidential settlement conference statements SHALL be lodged to JLTOrders@caed.uscourts.gov no later than 1/21/13.

IT IS SO ORDERED.

Dated:　**January 3, 2013**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1