**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM YEAGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA; and DOES 1-5,<br><br>　　　　Defendants. | 1:12-cv-00162-AWI-JLT<br><br>ORDER VACATING HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Doc. 29) |

Defendant Corrections Corporation of America has filed a motion for summary judgment, set for hearing on Monday, April 1, 2013 at 1:30 p.m. in Courtroom 2. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). Accordingly, the previously scheduled hearing date of April 1, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: 　March 26, 2013　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE