# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM YEAGER, | ) | 1:12-cv-00162-AWI-JLT |
| Plaintiff, | ) ) ) | ORDER REQUESTING NOTICE OF SETTLEMENT |
| v. | ) ) | |
| CORRECTIONS CORPORATIONS OF AMERICA; and DOES 1-5, | ) ) ) | |
| Defendants. | ) ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On June 18, 2013, a representative of plaintiff's counsel informed the Court the above-captioned case had settled at mediation. Pursuant to this representation, the Court hereby directs the parties to file, within seven days of entry of this order, a joint stipulation to vacate the existing motion-in-limine hearing and trial dates. The Court further directs the parties to file a notice of settlement and joint stipulation for dismissal of the action within twenty-one days of entry of this order.

IT IS SO ORDERED.

Dated:   June 18, 2013

_____
SENIOR DISTRICT JUDGE