PAUL M. GLEASON State Bar No.: 155569
BRANDYN E. STEDFIELD State Bar No.: 225357
GLEASON & FAVAROTE, LLP
835 Wilshire Blvd., Suite 200
Los Angeles, California  90017
Telephone:     (213) 452-0510
Facsimile:      (213) 452-0514
pgleason@gleasonfavarote.com
bstedfield@gleasonfavarote.com

Attorneys for Defendant
Corrections Corporation of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM YEAGER,<br><br>            Plaintiff,<br><br>     vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, A Corporation doing business in Kern County; and DOE CORPORATION DEFENDANTS 1-5,<br><br>            Defendants. | Case No.: 12-CV-00162-AWI-SMS<br><br>**JOINT STIPULATION TO VACATE EXISTING MOTION-IN-LIMINE HEARING AND TRIAL DATES**<br><br>Action Filed:   November 9, 2011<br>Trial Date:       None |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**JOINT STIPULATION TO VACATE EXISTING MOTION-IN-LIMINE HEARING AND TRIAL DATES**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to the Court's Order Requesting Notice of Settlement dated June 18, 2013, the Parties to the above captioned matter, by and through their respective attorneys of record, hereby stipulate as follows:

1. On June 17, 2013, the parties reached a settlement pursuant to which this matter will be dismissed in its entirety, with prejudice; and

2. The parties are currently in the process of finalizing the settlement and expect that the settlement will be finalized on or before July 5, 2013; and

3. Based on the foregoing, the parties hereby stipulate to have the existing motion in limine hearing and trial dates should all be vacated.

_____

June 19, 2013            LAW OFFICES OF
                         HELENA S. WISE


                         By____/s/_____Helena S. Wise_____
                         HELENA S. WISE
                         Attorney for Plaintiff WILLIAM YEAGER

June 19, 2013            GLEASON & FAVAROTE


                         By____/s/ Paul M. Gleason_____
                         PAUL M. GLEASON
                         Attorney for Defendant CCA


Good cause appearing therefore, it is hereby ordered that the motion in limine hearing and trial dates in the above –captioned matter are vacated.

_____

1.
**JOINT STIPULATION TO VACATE EXISTING MOTION-IN-LIMINE HEARING AND TRIAL DATES**

# PROOF OF SERVICE

I, Paul M. Gleason, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Gleason & Favarote, LLP, 835 Wilshire Boulevard, Suite 200, Los Angeles, CA 90017.

On June 24, 2013, I served a copy(ies) of the following document(s):

**JOINT STIPULATION TO VACATE EXISTING MOTION-IN-LIMINE HEARING AND TRIAL DATES**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Helena S. Wise<br>LAW OFFICE OF HELENA S. WISE<br>1907 W. Burbank Blvd., Suite 101<br>Burbank, CA 91506<br>Tel: (818) 843-8086<br>Fax: (818) 843-7958 | Counsel for William Yaeger | CM/ECF |

☒ (BY CM/ECF SYSTEM) I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare that I am a member of the bar of this court. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on June 24, 2013, at Los Angeles, California

                                    /s/ Paul M. Gleason
                                    Paul M. Gleason

IT IS SO ORDERED.

Dated:   June 25, 2013

SENIOR DISTRICT JUDGE

1.
**PROOF OF SERVICE**