IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM YEAGER, | ) | 1:12-cv-00162-AWI-JLT |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | AND CLOSING CASE |
| v. | ) | |
| | ) | |
| CORRECTIONS CORPORATIONS OF AMERICA; and DOES 1-5, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court refers the parties to previous orders for a chronology of the proceedings. On July 1, 2013, the parties filed a notice of settlement and joint stipulation for dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In light of the stipulation, this case has terminated, see Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to any party.  The Court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   July 2, 2013

SENIOR DISTRICT JUDGE